UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| XYLEM WATER SYSTEMS USA, LLC )<br>)<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>*Defendant.* )<br>) | Court No. 21-00409 |

### NOTICE OF WITHDRAWAL OF ATTORNEY ELYSSA R. KUTNER

PLEASE TAKE NOTICE that Elyssa R. Kutner should be removed as attorney of record in the above referenced case. Ms. Kutner has resigned from Sidley Austin LLP and will no longer participate in this matter. Plaintiff will continue to be represented by Michael E. Murphy of Sidley Austin LLP.

Sincerely,

*Elyssa Kutner*
Elyssa R. Kutner
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
Tel: 202-736-8090

Counsel for Xylem Water Systems USA, LLC

April 25, 2025