## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| XYLEM WATER SYSTEMS USA, LLC.<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES<br><br>*Defendant*. | Case No. 21-409 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Xylem Water Systems, USA, LLC, hereby provides notice that it is voluntarily dismissing this action pursuant to Court of International Trade Rule 41(a).


Dated: August 8, 2025

Respectfully submitted,

/s/ Michael E. Murphy

Michael E. Murphy
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8016

*Counsel for Plaintiff*

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| XYLEM WATER SYSTEMS USA, LLC.<br><br>                    *Plaintiff*,<br><br>   v.<br><br>UNITED STATES<br><br>                    *Defendant*. | Case No. 21-409<br><br>**Proposed Order** |

It is hereby **ORDERED** that this case is dismissed without prejudice under Court of International Trade Rule 41(a).

Dated: _____

New York, New York

_____

Judge