UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7

| | |
|---|---|
| XYLEM WATER SYSTEMS USA, LLC <br><br>                              Plaintiff, <br><br> v. <br> UNITED STATES <br><br>                              Defendant. | Court No. 21-409 <br> and Attached Schedule |

NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: 08/08/2025

/s/ Michael E. Murphy
Attorney for Plaintiff

1501 K Street, N.W.
Street Address

Washington, D.C. 20005
City, State and Zip Code

(202) 736-8016
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 21-409 | Xylem Water Systems USA, LLC | See attached schedule | See attached schedule |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: August 11, 2025

Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte
      Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)

**SCHEDULE OF PROTESTS**

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | M3450991849 | 7/2/2019 | 5/29/2020 | 0906 |
| | | | M3450991856 | 7/10/2019 | 6/5/2020 | 0906 |
| | | | M3450991864 | 7/16/2019 | 6/12/2020 | 0906 |
| | | | M3450991872 | 7/24/2019 | 6/19/2020 | 0906 |
| | | | M3450991880 | 7/31/2019 | 6/26/2020 | 0906 |
| | | | M3450991898 | 8/7/2019 | 7/3/2020 | 0906 |
| | | | M3450991906 | 8/13/2019 | 7/10/2020 | 0906 |
| | | | M3450991914 | 8/21/2019 | 7/17/2020 | 0906 |
| | | | M3450991922 | 8/28/2019 | 7/24/2020 | 0906 |
| | | | M3450991930 | 9/3/2019 | 7/31/2020 | 0906 |
| | | | M3450991955 | 9/17/2019 | 8/14/2020 | 0906 |
| | | | M3450991963 | 9/24/2019 | 8/21/2020 | 0906 |
| | | | M3450991971 | 10/1/2019 | 8/28/2020 | 0906 |
| | | | M3450991989 | 10/8/2019 | 9/4/2020 | 0906 |
| | | | M3450991997 | 10/15/2019 | 9/11/2020 | 0906 |
| | | | M3450992003 | 10/23/2019 | 9/18/2020 | 0906 |
| | | | M3450992011 | 10/29/2019 | 9/25/2020 | 0906 |
| | | | M3450992029 | 11/6/2019 | 10/2/2020 | 0906 |
| | | | M3450991781 | 5/30/2019 | 4/3/2020 | 0906 |
| | | | M3450991815 | 6/19/2019 | 5/8/2020 | 0906 |
| | | | M3450991823 | 6/27/2019 | 5/15/2020 | 0906 |
| | | | M3450991831 | 7/3/2019 | 5/22/2020 | 0906 |
| | | | M3451109086 | 5/10/2019 | 4/3/2020 | 4601 |
| | | | M3451109136 | 5/15/2019 | 4/10/2020 | 4601 |
| | | | M3451109144 | 5/15/2019 | 4/10/2020 | 4601 |
| | | | M3451109169 | 5/15/2019 | 4/10/2020 | 4601 |
| | | | M3451113054 | 6/5/2019 | 5/1/2020 | 4601 |
| | | | M3451113062 | 6/5/2019 | 5/1/2020 | 4601 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)